E-FILED
Monday, 30 September, 2019  04:03:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KEITH D. HILL

PLAINTIFF

VS.

Dr. Paula Lodge, Ms. Hymes, and
Sta II Paul Morton

DEFENDANTS

CIVIL ACTION NUMBER
DEMAND JURY TRAIL

## I.    JURISDICTION AND VENUE:

1.    This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under Color Of State Law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 a/3. Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's Claim for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure

2.    The Schuyler County is an appropriate venue under 28 U.S.C. Section 1391 b/2 because it is where the events giving rise to this claim occurred.

## II.    PLAINTIFF:

3.    Plaintiff Keith D. Hill, is and was at all times mentioned herein a Detainee of the State of Illinois in the custody of the IL Dept. of Human Services/Rushville Treatment and Detention Facility. He is currently confined in Rushville Treatment and Detention Facility. In Rushville, IL.

## III. DEFENDANTS:

4.    Defendant Dr. Paula Lodge/Clinical Therapist and the Team Leader of the Blue Team: She is RESPONSIBLE for providing Sex Offender Treatment to Residents/Patients of the DHS-TDF. She has the duty and responsibility to help, aide, support, and encourage the residents/patients to engage in healthy choices, Self Awareness, Problem Solving, Healthy Relatioships, Emotional Regulation, Distress Tolerance, and assist in changing the residents/patients cognitive reconstruction of their thinking and behaviors.

AND

Defendant Paula Lodge also perform duties as a member of the Rooming Committee: Duties and Responsible for room assignments. Responsible for assigning room assignments that safe for the residents/patients of DHS-TDF. She has the strongest and most influencing voice on the committee.  Employed by the Liberty Health Care/IDHS-TDF of Rushville, IL.

5.    Defendant Hymes/Clinical Therapist of the Blue Team. Responsible for providing sex offender treatment in a professional non-shamming manner, helping to aide the residents/patients and support, encourage the residents/patients to engage in healthy choices, Self Awareness, Problem Solving, Healthy Relationships, Emotional Regulation, Distress Tolerance, and assist in changing the residents/patients cognitive reconstruction of their thinking and behaviors. Employed by the Liberty Health Care/IDHS-TDF of Rushville, IL..

6.    Defendant Paul Morton/Security Therapist Aide II, 1st Shift; He is responsible for the welfare of all the residents of DHS-TDF in his assigned zone area. He has the authority to help, listen to concerns of residents, and/or communicate issues and matters to Sta IV's/Shift Command-ers, & Treatment Therapists, in regards to behavioral issues.
All defendants are or was Employed by the IDHS-TDF of Rushville, IL and/or Liberty Health Care.

- 1 -

7.    Each Defendant is sued individually and in his or her Official Capacity. At all times mentioned in this Complaint each Defendant Acted Under the Color of State Law.

8.    The addresses for each Defendant named in this Civil Right Complaint is the following; 17019 County Farm Rd. Rushville, IL 62681.

IV.  FACTS:

9.    Summer/Fall of 2018 Plaintiff complained about his rooming situations and put into the cell with a non-requested roommate. Plaintiff continue to write residents request forms, and A.T.R.'s about being in the room with a violent sexual person name Mr.Wilborn. Plaintiff and Mr.Wilborn had many verbal arguments from different living styles and Plaintiff wrote requests slips and A.T.R.'s about the stalking, long staring at him, while laying in bed. Mr.Wilborn openly told Plaintiff about his rapes he done and this information along with the stalking and staring at Plaintiff, while laying in bed triggered the Plaintiff's emotions and heighten his awareness to the point that Plaintiff became extremely paranoid and suspicious of every resident/patient of DHS-TDF. Mr.Wilborn was removed from cell and incident report was written, because he told plaintiff that would rape him. Plaintiff was shortly moved. * Please View Exhibit AB.

10.    The Winter/2018-19  Plaintiff was put into the room with a highly violent and consistently crossing boundaries by exposing his penis to female staffs resident name Mr.Badger. Plaintiff was experiencing feelings of powerless, fearful, anxious, and highly paranoid. Plaintiff wrote Request slips and A.T.R.'s about not feeling safe and feel that he is being sexually objectified by DHS-TDF Residents. PLaintiff requested to be moved.  Rooming committee and Defendant Lodge, put PLaintiff into this situation.

11.    Winter of 2018 Plaintiff was in consistent disagreements with Mr.A.Howard, because of different living styles, and he was a unrequested roommate and Plaintiff was threaten by Mr.A. Howard Requested to move, for safety reasons.  Plaintiff was placed in this situation by Defendant Lodge.

12.    Winter/Spring of 2019 Plaintiff was placed with another mentally challenged, & problematic resident name Mr.Madison. Plaintiff write residents request forms, A.T.R.'s complaint about the ongoing objectified, stalked, and stared at by roommate. Plaintiff felt unsafe by being in the room with Mr.Madison. Mr.Madison was another unrequested roommate. Plaintiff was put into this situation by Team Leader Defendant Dr.Paula Lodge.

13.    Spring of 2019 Plaintiff was placed in room with another problematic, violent stalker, that consistently crossing boundaries by exposing his penis and masturbating to female staffs, while Plaintiff was present, in the room. Plaintiff was exposed to pornography, and some erotic behaviors by Mr.Cozart. PLaintiff was placed in this situation by rooming committee and Defendant Dr.Lodge. Plaintiff was moved.

14.    Spring/Summer of 2019 Plaintiff was placed with a unrequested roommate name Randy Williams, This resident is highly violent and unbalance taking lots of medications for sexual arousal, controling mood altering/controling stabilizers. Mr.Randy Williams picked up and threw a microwave at another resident, named Mr.Loupe, who filed legal papers against Mr.Randy Williams. Plaintiff have file Residents request slips, A.T.R.'s about not feeling safe in the room with a establish violent resident. Mr.Randy Williams has repeatly turn down opportunities to return to society. Plaintiff mental state of feeling unheard, overwhelmed, powerless, suspicious, and paranoid is always being trigger. The Plaintiff is being forced by his treatment provider and Team Leader Defendant Lodge to stay in that room. Plaintiff has felt so breaken and power-less he was experiencing suicide thoughts. Wanted to end his own life.  Plaintiff experiencing lack of concern for, & lack of care for; Plaintiff wrote letters to outside agencies to seek relief.

15.    Plaintiff found a new roommate to room with and his request has been completely ignored, by Team Leader/Rooming committee personnel Defendant Dr.Lodge. * Please view EXHIBIT ADA

16.    Sept.9,2019 Plaintiff's primary therapist informed him of his upcoming Treatment Staffing

coming up on Sept.11,2019.

17.    Sept.10,2019 Plaintiff met with his Primary therapist Ms.Teel, to go over his Master Treatment Plan. Ms.Teel is not a Defendant is this complaint. Plaintiff gave the name of the resident, that he is requesting to live with. Plaintiff felt really good positive after his primary contact.

18.    Sept.11,2019, Plaintiff attended his treatment staffing, Defendant Dr.Lodge made strong comments to Plaintiff in regard of a letter he wrote to her about Defendant Hymes unprofessional conduct. Defendant Dr.Lodge stated to Plaintiff, " You act like you're Ms.Hymes supervisor". Plaintiff also asked Defendant Dr.Lodge about moving him, because he did not feel safe, living in the room with Mr.Randy Williams, because his uncontrolable mood changes, and consistent talking to himself. Plaintiff was feeling frustrated, paranoid, powerless,and overwhelmed. Defendant Dr.Lodge repeatedly told PLaintiff, that "She is not going to move him, its not going to happen", in fact Defendant Dr.Lodge encourage the Plaintiff to communicate with the establish violent person, Mr.Randy Williams. Plaintiff emotionally broke down in front of the entire Blue team, after hearing Defendant Dr.Lodge tell him that she not moving him, cause this level emotional distress. Defendant Dr. Lodge even refered to the Plaintiff's tears as "looking for sympathy". Plaintiff was left feeling very hurt, ignored, overwelmed, powerless, and sad. Plaintiff Primary Ms.Teel comforted the Plaintiff. Appox. time was about 10:15am – 11am.
19.    Plaintiff experiencing feeling of unheard, helpless, powerless, lack of concern & lack of care for. Plaintiff spoke with Sta Spencer about rooming situation, Sta Spencer did nothing. Plaintiff then spoke with Defendant Paul Morton. Plaintiff told Defendant Morton, that he was having suicidal thoughts, and needed to talk with somebody from the mental health dept. in the Health Care Unit. Plaintiff communicated, that he was experiencing being paranoid & unsafe, Plaintiff stated to Defendant Morton, that he did not want to hurt his or no one else. Defendant Morton stated to Plaintiff, "If I was you I would wait until after the picnic, because they is going keep you down there for at lease 72 hours". It was appox.12pm-12:30pm. Plaintiff felt unheard, overwhelmed, & powerless, Plaintiff stayed in consistent communication with support person.

20.    Sept.11,2019 appox. 3:30pm Plaintiff was still experiencing emotional distress from the comments made by his team leader Defendant Dr.Lodge, in regard to his current room situation and the overwhelming impact it was weighting on Plaintiff. Plaintiff communicated to his support person, that tonight was going to be the night, that he end his life, because life wasn't worth living and no one cared about him. Plaintiff Support person, continued in inspiring Bible readings, and encouraging communication, while eating Nachos for dinner. Plaintiff support person encourage Plaintiff to seek out the facility personnel    professional in this the Mental Health field. Plaintiff was still feeling depressed, overwhelmed, and withdrawn. Plaintiff listened and spoke Sta Robinson appox. at 9pm privately. and Plaintiff then spoke with Sta II Fleacher about his mental status. Appox.9:30 Plaintiff was called to Shift Office and spoke with StaIV Cobb, Sta IV Paker, and Sta II Taylor in regard to his mental state of not wanting to live. Having suicide thoughts. Sta IV Cobb was very unlifting to PLaintiff. Plaintiff left office feeling good. Sta IV Cobb stated that she was going to E-Mail Plaintiff's Treatment team, Primary and Team Leader Defendant Dr.Lodge about this incident and they should come and check up on PLaintiff you tomorrow.

21.    Sept.12,2019 No one from the Blue Team, came to follow up on Plaintiff Mental state. No treatment provider at all came to follow up with Plaintiff; but Sta IV Ms.Cobb called Plaintiff down to the Shift Office appox.9pm to check on him, and stated that she was going to E-Mail Plaintiff treatment team again and find out why they didn't follow up with Plaintiff.

22.    Sept.13,2019 Plaintiff was forced to read & process some letters, that he wrote in

– 3 –

in a treatment foundation group. Plaintiff is not in Phase II, is where residents take responsibility for their actions and behaviors. Plaintiff should have never been forced to process a triggering letter, that written in complete confident addressed to his Team Leader Defendant Dr.Lodge, and Defendant Hymes.

Plaintiff manage his emotions well after Defendant Hymes, made a triggering comment, stating to the Plaintiff, that "he was the most dangerous Resident in the facility". Plaintiff left group feeling hurt, worthless, scared, inadequate, and rejected. This comment by Defendant Hymes made Plaintiff feel less then human. Plaintiff felt unsafe, do to the impact on others, after Defendant read Hymes read the letter. Plaintiff filed A.T.R. #09 19 AR 1598 with response. View EXHIBIT CBD 9/14/19.

23.    Sept.14,2019 Plaintiff wrote letter to Deputy Director Diana Knaebe and Secretary Grace B.Hou in regard to the Unprofessional conduct, Abuse of Power, and Abuse of Process in regard to Defendant Dr. Lodge and Defendant Hymes, that was told by Defendant Dr.Lodge to do this act of intentionally inflicting emotional distress.  * Please View Exhibit AA 2pgs.

24.    Sept.16,2019 Plaintiff wrote letter to the Office of Executive Inspector General for the Agencies of the Illinois Governor. Seeking relief, and report this level of Abuse. Please view Exhibit AAA 2pgs..

25.    Sept.16,2019 Plaintiff file an A.T.R. about the Excessive Punishment; Requesting the removal of this Male Escort. * Please view Exhibit A

26.    Sept. 16,2019 Plaintiff wrote and sent a letter to Secretary Grace B.Hou, Deputy Director Diana Knaebe, and The Office of the Inspector General for the Agencies of the Illinois Governor. * Please view Exhibits B, Exhibit BB, & Exhibit BBB.

27.    Feb.21,2019 Mistreatment of Plaintiff with excessive punishment and placed on a Male Escort for talking with Liberty Health Care Provider/Therapists; seeking out clarity and under-standing on treatment issues. * Please view Exhibit W Pgs.1-2.

28.    Plaintiff's treatment team providers knew about Plaintiff's Identified Barriers; because of the progress note dated 3/25/19, by Dr.Cassandra L.Simmons, Psy.D./Licensed Associate Sex Offender Treatment Provider. * Please view Exhibit W Pg.2.

29.    April 2019 Progress Note; Plaintiff was allowed and not forced to process; whatever it was, he didn't want to process, but on Sept.13,2019 Plaintiff was "force" to process his letters in a treatment foundation group, by Defendant Hymes and Defendant Dr.Paula Lodge. Please view Exhibit TT.

30.    July 17,2019 Plaintiff wrote a request form to Defendant Hymes, trying to seek understand-ing and clairty on treatment & concerns. Please view Exhibit SS Pgs.1-2.

31.    July 19,2019 Plaintiff seeking to be transferred from Blue Team. Please View Exhibit RR Pg.1

31.    Plaintiff needed and seeked out clarity and understanding from the treatment providers of Liberty Health Care. Liberty Health Care was hired to provide a service of Treatment for the Plaintiff and other DHS-TDF residents. Plaintiff should have been allowed to communicate with any one Liberty Health Care Provider personnel, Regardless of gender and be prejudged by the very treatment providers, that suppose to show concern and care for.

32.    During a 2016 Pre-sentence Investigation; Plaintiff reported emotional concerns such as History of Contemplating Suicide at the age of 16. This is where Plaintiff's Suicide ideations was made known, to the treatment providers On 10/12/16. Please view Exhibit ZZZ. Pgs.1-3.

33.    Plaintiff reported having thoughts of hurting & killing his self, and stated, that he could benefit from obtaining mental/emotional feelings of health counseling and he knew he needed it. Please View Exhibit ZY.

34.    Plaintiff's feelings of Paranoia was well establish after a May 13,2014 incident, that involved the Plaintiff being set up doing s robbery by friends & loveones, that resulted in Plaintiff being shot seven times. Please View Exhibit ZZ Pgs.1 of 3.

-4-

35.    Plaintiff asked peers, about some concerns in regard to treatment Dated 9/21/18. Plaintiff is concern about his treatment. Please view Exhibit Y.

36.    Plaintiff make report of sexual comments was being made towards him, feelings of anger and frustration was increasing, because of these stress, but Plaintiff feel that he was being ignored most of the time. Treatment providers knew about this, because Blue Team Therapist, Mr.L.Sisto wrote the Progress note on Jan.2,2019. Please view Exhibit YY.

37. Plaintiff have attached Affidavit/Declaration statement of DHS-TDF resident and support person. * Please view Exhibit ABC Pgs.1-2.

38. Plaintiff Keith Hill has attached his Affidavit/Declaration statement to Civil Rights Complaint. * Please view Exhibit ABCD Pgs.1-2.

39.    Plaintiff Keith Hill Received Affidavit statement from Randy Williams formal roommate, that he attacked, by charging him putting his hands around his neck & holding him against his will in cell Alpha 14. * Please Exhibit 007. Showing that Defendant Lodge endanger Plaintiff.

40.    Plaintiff Keith Hill receive statement in regards to Defendant Ms.Hymes Misconduct. * View
     9/27/19 appox.9:55am-Defendant Hymes visit Plaintiff to tell him,Don't return back to    EXHIBIT 008
     Treatment Foundation group.        V.  EXHAUSTION OF LEGAL REMEDIES:

41.    Plaintiff Keith Hill used the resident grievance procedure available at the DHS-TDF facility to try and solve the problems, concerns, and issues.

42.    Fall of 2018 - CURRENTLY, Plaintiff Keith Hill was sent a response saying that the grievances/A.T.R.'s/Resident Requests has basically been answered with lack of concern for, lack of care for, ignored, and/or rooming request denied/ignored.

43.    Plaintiff Keith Hill was placed into rooming situations with unrequested problematic, Dangerous, hard to place labeled residents as roommates, that have either a sexual violent/sexual misconduct facility history and/or a Physical violent facility history, and Plaintiff Keith Hill was repeatedly put into cells with these kind of residents and the conditions has created a great deal of Emotional pain and suffering, and Mental Anguish, that fuels the Plaintif Keith Hill's long established history of suicidal thoughts.

44.    Plaintiff Keith Hill was and/or currently experiencing feelings of being trapped, paranoid Powerless, overwhelm, Terrified and scared, each rooming situation of placing him/Plaintiff Keith Hill with unrequested problematic, dangerous, hard to place labeled residents, and having a establish sexually violent facility history and/or a establish physical violent facility history, was repeatedly one worse cell mate after another.

45.    Plaintiff Keith Hill verbally communicated with his primary therapist, that he found a˜resident who he/Plaintiff can live with and wasn't problematic. Primary Therapist wrote the requested resident name down, and at Plaintiff Keith Hill's Treatment Staffing on Sept.11,2019, the Plaintiff Keith Hill again communicated to his Treatment Team Leader and Rooming Committee Clinical personnel: Defendant Lodge, and Defendant Lodge repeatly stated; " I'm not going to move you", "I'm not going to move you", "Its not going to happen". Defendant Lodge placed judgement on the Plaintiff Keith Hill's emotional break down of crying, Stating," Those tears is because you are looking for some sympath", Creating triggering thoughts of Plaintiff Keith Hill wanting to take/end his own life on Sept.11,2019.

46.    Plaintiff Keith Hill in Sept.of 2019 filed grievance/A.T.R./Resident Request against Defendant Hymes mistreatment him and misconduct addressed to her supervisor, Defendant Lodge. grievance/A.T.R./Resident Requested was ignored.

47.    Sept.11,2019 Plaintiff Keith Hill left his treatment staffing and spoke with Alpha's living unit assigned Sta II Paul Morton to verbally communicate his feelings, rooming situation, and Suicidal thoughts. Sta II Paul Morton makes a concerning statement to Plaintiff Keith Hill, and I quote, "If I was you I would wait until after the picnic, because they is going to keep you down there for at lease 72 hours". Plaintiff Keith Hill verbal attempt to verbalize his serious issues and suicidal thoughts was ignored, and reflect lack of concern for, lack of care for & not taken seriously. Plaintiff Keith Hill was again, impacted by Defendants conduct.

- 5 -

48. Sept.14,2019 Plaintiff Keith Hill wrote letter to Secretary Grace B.Hou in regards to Defendant Lodge and Defendant Hymes unprofessional conduct, Abuse of Power, & Abuse of Process * View Exhibit AA Pgs.1-2.

49. Sept.16,2019 Plaintiff wrote letter to Deputy Director Diana Knaebe in regards to Defendant Lodge and Defendant Hymes' Unprofessional conduct, Abuse of Power, and Abuse of Process * View Exhibit B.

50. Sept.16,2019 Plaintiff Keith Hill wrote letter to The Office of Executive Inspector General for the Agencies of the Illinois Governor, in regards to Defendant Lodge & Defendant Hymes Unprofessional conduct and Abuse of Power, and Abuse of Process. View Exhibit AAA Pgs.1-2.

51. Sept.16,2019 Plaintiff Keith Hill filed A.T.R. Excessive Punishment Atten. Security Director James McCurry. As of date, No Answer.

52. Sept.12,2019 Plaintiff Keith Hill wrote resident request forms to rooming committee & received responses not dealing with the current issue at hand, which is living with the violent assigned room mate by, Defendant Lodge, who is established & label of being violent, and hard to place with room mates, because of his known facility history.  * Please view Exhibits NMM Pgs.1-4.

53. Sept.16,2019 Plaintiff Keith Hill Received response back from his Requested Room mate, and support person. Defendant Lodge/Blue team denied rooming request. * Please View EXHIBIT ADA.

54. Since Fall of 2018- Currently, all Plaintiff's Resident requests, Grievances, A.T.R.'s and Letters to outside Agencies seeking relief, will be label Exhibits A - Z.


## VI.  LEGAL CLAIMS:

55. Plaintiff Keith D. Hill reallege and incorporate by reference paragraphs 1 - 54.

56. Plaintiff Keith Hill mental health condition is a serious medical need. On Sept.11,2019 Plaintiff Keith Hill was experiencing high risk thinking & mentally struggling with suicide ideation/thoughts, because of the verbal abuse suffering , lack of concern, and lack of care for; word usage/language from Defendant Lodge was triggering to the Plaintiff's sensitive mental state.

57. Plaintiff Keith Hill has a establish medical history of mental health struggles with suicidal thoughts, since the age of 16.

58. Defendant Lodge is both Clinical & Rooming committee personnel; Defendant Lodge violated the Plaintiff's Right by * Negligence: failure to use Reasonable care by assigning Plaintiff to cell/rooming assignments/situation, that forced Plaintiff to live with unrequested problematic /dangerous, hard to place labeled residents with a established sexual and/or physically violent facility history, one after another after another as cell/room mates.

59. Defendant Lodge operating in the position of authority, both clinical and rooming person- nel making cell/rooming assignments. Defendant Lodge put the Plaintiff in unreasonable risks on many levels. 1.Exposing plaintiff to cell/rooming dangerous situations, that triggered Plaintiff's feelings of powerless, helpless, paranoia, unsafe, no concern for, no care for, and overwhelmed, triggering Plaintiff's vulnerable and sensitive mental state. Plaintiff Keith Hill has a established medical history from Hargrove Mental hospital, and history of mental health struggles with suicide thoughts since the age of 16.

60. Defendant Lodge conduct of exposing the Plaintiff to unreasonable risk and unreasonable high risk thinking to the point of wanting to harm self.

61. Defendant Lodge has used triggering words and/or comments on Sept.11,2019 encouraging the Plaintiff to engage his current room mate, Randy Williams, who she believe is a good person, but failure to use reasonable care, showed lack of concern, and encouraging Defendant Hymes to force Plaintiff to read & process impactful letters, in a treatment foundation group. The Defendant Lodge & Defendant Hymes knows that Phase II is where residents accepted resposibility and accountability for their behaviors.

Defendant Lodge and Defendant Hymes violated the Plaintiff's Eighth Amendment by subjecting the Plaintiff to shame base treatment and complete humiliation in front of peers for one hour and 30 mins.. Defendant Hymes intentional infliction of emotional distress, failure to use reasonable care, and expose Plaintiff to unreasonable risks, These two Defendants abuse of process triggering the Plaintiff vulnerable & sensitive mental state, causing Plaintiff to struggle mentally with suicidal thoughts. Defendant Hymes crushing statement to Plaintiff, that "he is the most dangerous resident in this facility". This statement violates Plaintiff's Eighth Amendment cruel & unusual punishment exposing the Plaintiff great emotional mental pain mental anguish, pain & suffering. Defendant has committed the act of tort. Defendant Hymes, negligent, because she fail to use reasonable care, Intentional torts of abuse of process, and the Intentional inflicting of emotional distress.

62.    Defendant Lodge violated Plaintiff's Eight Amendment by committing intentional tort violations. Intentional inflicting emotional distress, abuse of process, and stated hurt comments to Plaintiff, from position of a person who provide care for; stating triggering statements at Plaintiff's staffing, using judgment on Plaintiff emotional break down cause by Defendant repeated comments; " You are just looking for some sympathy", then after telling Plaintiff; "I'm not going to move", "I'm not going to move you," "its not going to happen". Plaintiff was left feeling hopeless, Powerless, Helpless, and wanting to kill him self, to escape the emotional pain and suffering, that he was experiencing.

Defendant Lodge violated Plaintiff's Eighth Amendment by completely and repeatly exposing Plaintiff to cruel & unusual punishment. Not protecting Plaintiff's right to safe living conditions, violating the process with abuse and intentional inflicting emotional distress causing damage the Plaintiff already vulnerable and sensitive mental state.

63.    Defendant Paul Morton was approach by Plaintiff on two separate occasion and communicated his request and need to speak with the mental health staffs of the health care unit, because he was having strong suicidal thoughts. It was very obvious that the Plaintiff was looking sad, depressed, hanging his head, Plaintiff kept his head down facing the floor, red eyes, speaking with a very low voice tone, and withdrawn from others, but was will and did sit & talk with support person; Defendant Paul Morton violated the Plaintiff's Eighth Amendment right by/with inflicted deliberate indifference by intentionally deny or delay Plaintiff access to treatment. Defendant Paul Morton made the statement to the Plaintiff, "If I was you, I'll wait until after the picnic, before I go down there, because they are going to keep you down there for at lease 72 Hours". Defendant Morton completely showed lack of concern, lack of care, and exposing Plaintiff to more mental anguish, pain, stuffering, and emotional distress.

64.    The Plaintiff has No plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants; Defendant Paula Lodge, Defendant Hymes, and Defendant Paul Morton unless this Court grants the Declaratory and injunctive relief which Plaintiff seeks.

## VII. PRAYER FOR RELIEF:

65.    WHEREFORE, PLAINTIFF KEITH D.HILL PRAYS THAT THIS COURT ENTER JUDGMENT: GRANTING THE PLAINTIFF KEITH D. HILL;

66.    ADeclaration that Acts & Omissions decribed herein violated the Plaintiff Keith Hill's Rights.

67.    A preliminary and permanent Injunction Ordering Defendant Lodge, Defendant Hymes, and Defendant P.Morton to STOP THE LACK OF CONCERN, LACK OF CARE FOR PLAINTIFF KEITH D. HILL. DEFENDANT LODGE; STOP FORCING & EXPOSING PLAINTIFF KEITH D. HILL into dangerous living condotions with the hard place labeled residents with a established sexual and/or physical violent facility history to live with as cell/room mates.

68.    Plaintiff Keith D. Hill want his Requested Room mate & Support Person Approved, Because he doesn't have NO sexual violent facility history, and/or NO pysical violent facility history.

69.    Compensatory Damages in the Amount of $30,000 against each Defendant, Jointly, & Severally .

70.    Punitive Damages in the Amount of $30,000 against each Defendant.

71.    Plaintiff Keith D. Hill is asking for transfer off the Blue Team to another team, Orange, Red, Green, or Purple team.

72.    Plaintiff Keith D. Hill requesting to have the Male Escort Removed/Taking off this status.

73.    A Jury Trial on all issues Triable by Jury

74.    Plaintiff's cost in this suit

75.    Any Additional Relief this Court Deems Just, Proper, and Equitable.


Dated:____9/27/19_____


RESPECTFULLY SUBMITTED,


Plaintiff Keith D. Hill
17019 County Farm Rd.
Rushville,IL 62681

- 8 -

VERIFICATION:

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true and correct.

EXECUTED AT: RUSHVILLE, IL on Sept.27,2019

Keith D. Hill



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

## RUSHVILLE
## SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: ~~Sept 20 2019~~ _enn 2019_

Name: Mr. Keith D. Hill

Case Number: NEW CASE ☒ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition

☐ Response / Reply

☒ Other (Specify) __Keith D. Hill Vs. Lodges et., al,.__

Title of Pleading: __Civil Rights Complaint & Application to Proceed__
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): __Pgs. 1–12__